**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 251 MAL 2015

                 Respondent    :

     :    Petition for Allowance of Appeal from
     :    the Order of the Superior Court

                 v.    :

IAN XAVIER MAUTE,    :

                 Petitioner    :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 29th day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.